USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  February 12, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **STACEY MERCER,** | |
| **Plaintiff,** | **20-cv-9192 (ALC) (RWL)** |
| **-against-** | **ORDER OF DISCONTINUANCE** |
| **MAGDI, LLC ET AL,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.

**SO ORDERED.**

Dated:     February 12, 2021
             New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**